```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAVARRO,                                                    :
                                        Plaintiff,          :
                                                            :         17 Civ. 3552 (LGS)
                -against-                                   :
                                                            :                ORDER
RIVER LOUNGE INC., et al.,                                  :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/04/2017
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 9, 2017, the parties informed the Court that they had reached an agreement on all issues;

WHEREAS, on November 9, 2017, the parties filed their joint letter and settlement agreement, but did not include contemporaneous time records or a breakdown of Plaintiff's counsel's expenses;

WHEREAS, on November 27, 2017, Plaintiff's counsel filed a supplemental letter to justify their request for attorneys' fees and expenses, including contemporaneous time records and a breakdown of Plaintiff's counsel's fees. It is hereby

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable). It is hereby

**ORDERED** that Plaintiff's counsel's request for $9,600.00, including $400.00 in costs, is **GRANTED**.  The Court finds the amount of attorneys' fees requested, which is one-third of the settlement after the deduction of costs, to be fair and reasonable in light of the quality of counsel, risks of litigation and the litigation's magnitude and complexity.  *See Rodriguez-Hernandez v. K Bread & Co., Inc.*, No. 15 Civ. 6848, 2017 WL 2266874, at *5 (S.D.N.Y. May 23, 2017) ("In this Circuit, courts typically approve attorneys' fees that range between 30 and 33 1/3%."); *see also Amaro v. Barbuto, LLC*, No. 16 Civ. 1581, 2017 WL 476730, at *4 (S.D.N.Y. Feb. 2, 2017).  The remainder of the settlement shall be distributed to Plaintiff.

The Clerk of Court is directed to close this case.

Dated: December 4, 2017
      New York, New York

                                        **LORNA G. SCHOFIELD**
                                **UNITED STATES DISTRICT JUDGE**